Thomas Lether, OSB # 101708
Eric J. Neal, OSB #110268
Westin McLean, OSB #094389
LETHER LAW GROUP
1848 Westlake Ave N,
Seattle, WA  98109
T: 206-467-5444
F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff The Houston Specialty Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY, a Delaware corporation;<br><br>Plaintiff,<br>vs.<br><br>THE RODRIGUEZ CORPORATION., an Oregon company; and CITY OF WALDPORT, an Oregon municipal corporation;<br><br>Defendants. | Case No. 3:18-cv-01886-YY<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## I.   STIPULATION

Notice is hereby given that the claims in the matter have been resolved.

Accordingly, Plaintiff Houston Specialty Insurance Company ("HSIC") and Defendants The Rodriguez Corporation ("TRC") and The City of Waldport ("Waldport") by and through their attorneys of record, hereby agree and stipulate that all remaining claims in the current action should be dismissed with prejudice and without fees and costs to any party.

NOTICE OF SETTLEMENT AND STIPULATION
AND [PROPOSED] ORDER OF DISMISSAL **-** 1

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

DATED this 10th day of June, 2020.

                LETHER LAW GROUP

                */s/ Thomas Lether*
                */s/ Eric J. Neal*
                Thomas Lether, OSB # 101708
                Eric J. Neal, OSB #110268
                LETHER LAW GROUP
                1848 Westlake Avenue N.
                Seattle, WA 98109
                Telephone: 206-467-5444
                Facsimile: 206-4675544
                tlether@letherlaw.com
                eneal@letherlaw.com
                *Attorneys for Plaintiff*


                FOREMAN STURM & THEDE LLP

                */s/ Kyle A. Sturm*
                */s/ Nicholas A. Thede*
                Kyle A. Sturm, OSB #080214
                Nicholas A. Thede, OSB #075460
                Foreman Sturm & Thede LLP
                P.O. Box 13098
                Portland, Oregon 97213
                503.206.5824
                kyle@foremansturm.com
                nick@foremansturm.com
                *Counsel for The Rodriguez Corporation*

                PARSONS FARNELL & GREIN, LLP

                */s/ Michael E. Farnell*
                */s/ Jason M. Gauss*
                Michael E. Farnall, OSB #922996
                Jason M. Gauss, OSB #192083
                Parsons Farnell & Grein, LLP
                1030 SW Morrison Street
                Portland, OR 97205
                mfarnell@pfglaw.com
                jgauss@pfglaw.com
                503-222-1812
                *Counsel for Defendant City of Waldport*

NOTICE OF SETTLEMENT AND STIPULATION
AND [PROPOSED] ORDER OF DISMISSAL **-** 2

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

## II.     ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1.     That this action is hereby dismissed with prejudice;

2.     This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this _____ day of _____, 2020.

_____
The Honorable Youlee Yim You
United States District Judge


**Presented By:**
LETHER LAW GROUP

*/s/ Thomas Lether*
*/s/ Eric J. Neal*
Thomas Lether, OSB # 101708
Eric J. Neal, OSB #110268
1848 Westlake Avenue N.
Seattle, WA 98109
T: 206-467-5444/F: 206-4675544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff*

FOREMAN STURM & THEDE LLP

*/s/ Kyle A. Sturm*
*/s/ Nicholas A. Thede*
Kyle A. Sturm, OSB #080214
Nicholas A. Thede, OSB #075460
P.O. Box 13098
Portland, Oregon 97213
503.206.5824
kyle@foremansturm.com
nick@foremansturm.com
*Counsel for The Rodriguez Corporation*

PARSONS FARNELL & GREIN, LLP

*/s/ Michael E. Farnell*
*/s/ Jason M. Gauss*
Michael E. Farnall, OSB #922996
Jason M. Gauss, OSB #192083
1030 SW Morrison Street
Portland, OR 97205
503-222-1812
mfarnell@pfglaw.com
jgauss@pfglaw.com
*Counsel for Defendant City of Waldport*

NOTICE OF SETTLEMENT AND STIPULATION
AND [PROPOSED] ORDER OF DISMISSAL **-** 3

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Oregon that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Michael E. Farnell
Jason M. Gauss
Parsons Farnell & Grein, LLP
1030 SW Morrison Street
Portland, OR 97205
mfarnell@pfglaw.com
jgauss@pfglaw.com
*Counsel for Defendant City of Waldport*

Kyle A. Sturm
Nicholas A. Thede
FOREMAN STURM & THEDE LLP
P.O. Box 13098
Portland, Oregon 97213
nick@foremansturm.com
kyle@foremansturm.com
*Counsel for The Rodriguez Corporation*

**By:**     ☐ **First Class Mail**          ☒ **ECF**              ☐ **Legal Messenger**

DATED this 10th day of June, 2020 at Seattle, Washington.

*/s/ Lina Wiese*_____
Lina Wiese | Paralegal

NOTICE OF SETTLEMENT AND STIPULATION
AND [PROPOSED] ORDER OF DISMISSAL **-** 4

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N.
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544